

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ALBANY, NY | JACKSONVILLE, FL | PHOENIX, AZ |
| 58 South Service Road | ALBUQUERQUE, NM | LAS VEGAS, NV | PITTSBURGH, PA |
| Suite 410 | ATLANTA, GA | LONG ISLAND, NY | PORTLAND, OR |
| Melville, New York 11747 | BIRMINGHAM, AL | LOS ANGELES, CA | PORTSMOUTH, NH |
| Tel 631 247-0404 | BOSTON, MA | MEMPHIS, TN | PROVIDENCE, RI |
| Fax 631 247-0417 | CHICAGO, IL | MIAMI, FL | RALEIGH-DURHAM, NC |
| www.jacksonlewis.com | CLEVELAND, OH | MINNEAPOLIS, MN | RICHMOND, VA |
| | DALLAS, TX | MORRISTOWN, NJ | SACRAMENTO, CA |
| | DENVER, CO | NEW ORLEANS, LA | SAN FRANCISCO, CA |
| | DETROIT, MI | NEW YORK, NY | SEATTLE, WA |
| | GREENVILLE, SC | ORANGE COUNTY, CA | STAMFORD, CT |
| | HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION |
| | HOUSTON, TX | PHILADELPHIA, PA | WHITE PLAINS, NY |

August 26, 2009

**VIA FACSIMILE (212) 805-7986**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    Access 4 All, Inc. et al. v. Esplanade 94, L.L.C.
           Case No.: 09-CV-2443

Dear Judge Gardephe:

    We are counsel for Defendant in the above-referenced matter. We write in behalf of both parties to inform the Court that the parties have reached a settlement of this matter in principle, and to respectfully request until September 11, 2009 to submit final paperwork to the Court reflecting this resolution.

    Respectfully submitted,

    JACKSON LEWIS LLP

    Wendy J. Mellk

NPT/dc

cc:    Lawrence Arthur Fuller, Esq. (via facsimile and e-mail)
       Nelson Stern (via facsimile)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/09

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: Aug 26, 2009