UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACCESS 4 ALL, INC., a Florida Non Profit
Corporation, and NELSON M. STERN,
Individually,

        Plaintiffs,        CASE NO. 1:09-CV-02443-PGG

v.

ESPLANADE 94 LLC, a New York Limited
Liability Company,

        Defendant.
_____/

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant that the above-captioned action be dismissed with prejudice in its entirety and with no award of attorneys' fees, costs or disbursements to either Plaintiffs or Defendant.

**NELSON M. STERN, ESQUIRE**
*ATTORNEYS FOR PLAINTIFFS*
115 East 87th St., Suite 7C
New York, NY 10017
Tel: (212) 223-8330
Fax: (646) 349-4098

**JACKSON LEWIS LLP**
*ATTORNEYS FOR DEFENDANT*
58 South Service Rd.
Melville, NY 11747
Tel: (631) 247-0404
Fax: (631) 247-0417

By: _____
    Wendy J. Mellk, Esq.

Date: Sept 11, 2009

**FULLER, FULLER & ASSOCIATES, P.A.**
*ATTORNEYS FOR PLAINTIFFS*
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel: (305) 891-5199
Fax: (305) 893-9505

By: _____
    Lawrence A. Fuller, Esq.
Date: 9/14/09

SO ORDERED ON THIS _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE